United States District Court
Southern District of Texas
**ENTERED**
February 03, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF TEXAS CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRISURA SPECIALTY INSURANCE COMPANY | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:25-cv-00250 |
| v. | § § | |
| OM TRANSPORTATION, INC. | § § § | |
| Defendant | § § | |

### ORDER GRANTING MOTION TO TRANSFER VENUE

The Court, having considered all arguments in Plaintiff Trisura Specialty Insurance Company's Motion to Transfer Venue (Dkt. 12) finds that this case should be removed and transferred as set forth in the motion to the United States District Court for the Southern District of Illinois, as such:

IT IS HEREBY ORDERED that the Motion to Transfer Venue is GRANTED.

SIGNED and ENTERED this _____ day of 2/3/26 , 2026.

_____
Nelva Gonzales Ramos
United States District Judge

1